FILED
4/14/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Dwayne Holmes

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Thomas Dart

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**RECEIVED**

APR 08 2016 EMG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

16-cv-4213
Judge Matthew F. Kennelly
Magistrate Judge Maria Valdez
PC 1

**CHECK ONE ONLY:**

**X**  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Dwayne Holmes

   B. List all aliases: N/A

   C. Prisoner identification number: 20150403224

   D. Place of present confinement: Cook County Dept. of Corrections

   E. Address: 2701 S. California Ave CHGO, IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart
      Title: Sheriff of Cook County
      Place of Employment: CCDOC

   B. Defendant: N/A
      Title: N/A
      Place of Employment: N/A

   C. Defendant: N/A
      Title: N/A
      Place of Employment: N/A

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

To whom it may concern, my name is Dwayne Holmes. I'm currently incarcerated in the Cook County Department of Corrections (CCDOC). This letter is to further help me in filing a civil lawsuit against the CCDOC. I'm asking for legal assistance for violation of my Eighth Amendment. This lawsuit is being filed for being housed in an inhumane confinement. The living conditions are of that of a condemned building. Showers are full of mold, rust, mildew, asbestos, cold water, etc. This division is full of rodents, cockroaches, gnats, and other insects. During my time here, after numerous attempts, I've not once recieved religious services. The building in question is Division 1. The unit is C2 Cell 05. I've been housed in the building since 06/15/2015 thru 11/15/2015. I was just recently moved to another division because of it's living conditions

4

Revised 9/2007

IF Possible Can you PLEASE Respond to my Request for legal assistance so that I Can move on with the Procedures.

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm suing for compensation for punitive damages, pain and suffering, mental anguish, and violation of civil rights.

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of March, 20 16

Dwayne Holmes
(Signature of plaintiff or plaintiffs)

Dwayne Holmes
(Print name)

20150403724
(I.D. Number)

CCDOC
2701 S. California Ave
CHGO, IL. 60608
(Address)



Dwayne Holmes #20150403224
Division 2 Dorm 1 F-House
P.O. Box 089002
Chicago, IL 60608

16-cv-4213
Judge Matthew F. Kennelly
Magistrate Judge Maria Valdez
PC 1

Prisoner Correspondent
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

RECEIVED SG
APR 08 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT